ACCEPTED
06-15-00099-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/15/2015 3:19:52 PM
DEBBIE AUTREY
CLERK

**Appellate Docket Number:** **06-15-00099-CR**
**Appellate Case Style:** **James Austin Friend vs. The State of Texas**

## DOCKETING STATEMENT (CRIMINAL)
### Sixth Court of Appeals
**[to be filed in the court of appeals upon perfection of appeal under TRAP 32]**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/15/2015 3:19:52 PM
DEBBIE AUTREY
Clerk

**I. Parties (TRAP 32.2(a)):**

| Appellant (or Appellee, if State is appealing): | Co-defendant(s): |
|---|---|
| James Austin Friend<br><br>(*See* note at bottom of page) | |
| Trial Attorney:<br><br>Will Williams<br><br><br><br><br><br><br>Appointed ☑     Retained ☐ | Appellate Attorney:<br>Jason Horton<br><br>Appointed ☑     Retained ☐<br><br>If appointed, was a hearing on indigency held?<br>Yes ☑       No ☐ |
| Address:<br><br>424 West Broad Street<br>Texarkana, Texas 75501 | Address:<br>Jason Horton Law Firm<br>114 Broad Street<br>Texarkana, Texas 75501 |
| Telephone: 903-792-2012<br>(include area code) | Telephone: 903-792-2000<br>(include area code) |
| Telecopy: 903-792-2065<br>(include area code) | Telecopy: 903-792-2100<br>(include area code) |
| SBN: 24072804 | SBN: 24041130 |

If not represented by counsel, provide appellant's (appellee's, if State is appealing) address, telephone number, and telecopy number.

| II. | Perfection Of Appeal, Judgment And Sentencing (TRAP 32.2(b), (d), (f), (g), (h), (i), (j), (k)): |
|---|---|
| Date trial court imposed or suspended sentence in open court or date trial court entered appealable order:<br><br>March 13, 2015<br><br>(Attach a signed copy, if possible) | Date notice of appeal filed in trial court:<br>Mailed:  June 2, 2015<br>Filed:     June 4, 2015<br><br>(Attach file-stamped copy; if mailed to the trial court clerk, also give the date of mailing) |
| Offense charged:<br><br>Murder<br><br><br><br>Date of offense:<br><br>May 11, 2014<br><br><br><br>Defendant's plea:<br><br>Guilty<br><br><br>If guilty plea, does Defendant have the trial court's permission to appeal?<br><br>Yes ☑        No ☐<br><br><br><br>Was the trial jury or nonjury?<br><br>Guilt or innocence phase:<br><br>Jury ☐        Nonjury ☑<br><br>Punishment phase:<br><br>Jury ☑        Nonjury ☐ | Punishment assessed:<br>Life<br><br>Is the appeal from a pretrial order?<br><br>Yes ☐        No ☑<br><br>If yes, please specify.<br><br><br><br>Does the appeal raise jurisdictional issues in the trial court?        Yes ☐        No ☑<br><br>If yes, please specify.<br><br><br><br>Does the appeal involve the validity of a statute, rule or ordinance?<br><br>Yes ☐        No ☑<br><br>If yes, please specify.<br><br><br><br>Will you challenge this Court's jurisdiction?  If yes, explain. |

### III. Actions Extending Time To Perfect Appeal (TRAP 32.2(e)):

| Action | Filed Check as appropriate | | Date Filed |
|---|---|---|---|
| Motion for New Trial | No ☐ | Yes ☑ | 04/02/15 |
| Motion in Arrest of Judgment | No ☐ | Yes ☐ | |
| Other (specify): | No ☐ | Yes ☐ | |

### IV. Indigency Of Party (TRAP 32.2(n)): (Attach file-stamped copy of motion and affidavit)

| Event | Filed Check as appropriate | | Date | N/A |
|---|---|---|---|---|
| Motion and affidavit filed | No ☐ | Yes ☑ | 05/19/2015 | |
| Date of hearing: | | | 05/13/15 | |
| Date of order: | | | 05/13/15 | |
| Ruling on motion: Granted ☑ Denied ☐ | | | 05/13/15 | |

### V. Trial Court And Record (TRAP 32.2(c), (l), (m)):

| Court: 102nd Judicial District | County: Bowie | Trial Court Docket Number (Cause No.): 14F0439-102 |
|---|---|---|

| Trial Judge (who tried or disposed of case): Honorable Bobby Lockhart | Court Clerk (district clerk): Billy Fox |
|---|---|

| Clerk's Record Yes ☑ | Will request ☐ (Note: No request required under TRAP 34.5(a), (b)) | Was requested on: June 2, 2015 |
|---|---|---|

| | | |
|---|---|---|

Court Reporter or Court Recorder:

Melanie Harris

Telephone Number: 903-277-8696
(include area code)

Telecopy Number: 903-832-7818
(include area code)

Address:

3414 Colonial Circle
Texarkana, Texas 75503

Court Reporter or Court Recorder:

Telephone Number:
(include area code)

Telecopy Number:
(include area code)

Address:

(Attach additional sheet if necessary for additional court reporters/recorders)

| | State arrangements made for payment of court reporter/recorder: | | |
|---|---|---|---|
| Reporter's or Recorder's Record (check if electronic recording ☐) | None ☐ | Will request ☐ | Was requested on: June 2, 2015 |

**VI.** **Related Matters:** List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

**VII.** Any other information requested by the court (see attachments, if any).

**VIII.** **Signature:**

Signature of counsel
(or pro se party)

Date: 6/15/15

State Bar No.: 24041130

Printed Name: Jason Horton

**IX.**     **Certificate of Service:** The undersigned counsel certifies that this docketing statement has been served via electronically on the following lead counsel for all parties to the trial court's order or judgment as follows on June 15, 2015.

Jerry Rochelle
Bowie County District Attorney
601 Main Street
Texarkana, Texas 75501

_____
Signature

(TRAP 9.5(e) requirements stated below; use additional sheets, if necessary)

**Note:**     **Certificate of Service Requirements (TRAP 9.5(e)):** A certificate of service must be signed by the person who made the service and must state:

    (1)     the date and manner of service;
    (2)     the name and address of each person served; and
    (3)     if the person served is a party's attorney, the name of the party represented by that attorney.

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 102ND DISTRICT FOR RECORD |
| | § | |
| v. | § | COURT    2015 APR 10  AM 9: 59 |
| | § | |
| **JAMES FRIEND** | § | BOWIE COUNTY, TEXAS |
| | § | DISTRICT CLERK BOWIE CO. TX. |
| STATE ID NO.: TX05608480 | § | DEPUTY |

## JUDGMENT OF CONVICTION BY JURY

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. **BOBBY LOCKHART** | Date Judgment Entered: | **3/13/2015** |
| Attorney for State: | **KELLEY CRISP** | Attorney for Defendant: | **PUBLIC DEFENDER - WILL WILLIAMS** |

Offense for which Defendant Convicted:
**MURDER**

| | |
|---|---|
| Charging Instrument: **INDICTMENT** | Statute for Offense: **19.02 Penal Code** |

Date of Offense:
**5/11/2014**

| | |
|---|---|
| Degree of Offense: **1ST DEGREE FELONY** | Plea to Offense: **GUILTY** |
| Verdict of Jury: **GUILTY** | Findings on Deadly Weapon: **YES, A FIREARM** |
| Plea to 1st Enhancement Paragraph:        **N/A** | Plea to 2nd Enhancement/Habitual Paragraph:        **N/A** |
| Findings on 1st Enhancement Paragraph:        **N/A** | Findings on 2nd Enhancement/Habitual Paragraph:        **N/A** |

| Punished Assessed by: **JURY** | Date Sentence Imposed: **3/13/2015** | Date Sentence to Commence: **3/13/2015** |
|---|---|---|

| Punishment and Place of Confinement: | **LIFE   INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

THIS SENTENCE SHALL RUN **CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: **$ 5,000.00** | Court Costs: **$ 254.00** | Restitution: **$ N/A** | Restitution Payable to: ☐ VICTIM (see below)  ☐ AGENCY/AGENT (see below) |
|---|---|---|---|

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62.

The age of the victim at the time of the offense was **N/A** .

| | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. | | |
|---|---|---|---|
| Time Credited: | From **5/13/2014** to **3/13/2015** | From      to | From      to |
| | From      to | From      to | From      to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. | | |
| | **N/A DAYS    NOTES: N/A** | | |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in        County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel  (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict in the presence of Defendant and defense counsel, if any.

The Court received the verdict and ORDERED it entered upon the minutes of the Court.

☒ **Jury.** Defendant entered a plea and ☐ a written election to have the jury assess punishment. The jury heard evidence relative to the question of punishment. The Court charged the jury and it retired to consider the question of punishment. After due deliberation, the jury was brought into Court, and, in open court, it returned its verdict as indicated above.

☐ **Court.** Defendant elected to have the Court assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

☐ **No Election.** Defendant did not file a written election as to whether the judge or jury should assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

The Court FINDS Defendant committed the above offense and **ORDERS, ADJUDGES AND DECREES** that Defendant is **GUILTY** of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

**Punishment Options (select one)**

☒ **Confinement in State Jail or Institutional Division.** The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the ____. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court ORDERS Defendant immediately committed to the custody of the Sheriff of ____ County, Texas on the date the sentence is to commence. Defendant shall be confined in the County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the ____. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY.** The Court ORDERS Defendant to proceed immediately to the Office of the ____ County ____. Once there, the Court ORDERS Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

**Execution / Suspension of Sentence (select one)**

☒ The Court ORDERS Defendant's sentence EXECUTED.

☐ The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

**Furthermore, the following special findings or orders apply:**

**Signed and entered on** _April 8, 2015_

X _Bobby Lockhart_
BOBBY LOCKHART
JUDGE PRESIDING

_4-8-15_

Clerk:

Right Thumbprint

## FINGERPRINT EXHIBIT, CCP 42.01, Sec 1(23)

CAUSE NO. 14F 0439-102

THE STATE OF TEXAS

VS.

James Austin Friend
Defendant (Print)

IN THE DISTRICT/COUNTY

COURT OF

BOWIE COUNTY, TEXAS

X _James Austin Friend_
Defendant Signature



RIGHT THUMB PRINT

The fingerprint shown is a print of the above named defendant's right thumb taken by the undersigned in open court.

James Prince, Sheriff

Bowie County, Texas

By _K. D._ _____ Deputy

Exhibit "A"
Fingerprint Exhibit to Judgment

COPY

FILE NO. 14F0439-102

| | | |
|---|---|---|
| **STATE OF TEXAS** | 2015 JUN -4 §PM 12:36 | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | DISTRICT CLERK BOWIE CO. TX. § | **OF BOWIE COUNTY, TEXAS** |
| | § | |
| **JAMES AUSTIN FRIEND** | § DEPUTY | **102nd JUDICIAL DISTRICT** |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW the Defendant, **JAMES AUSTIN FRIEND**, and gives this written notice that he desires to appeal to the Court of Appeals of the State of Texas from the Judgment herein rendered against him.

Respectfully submitted,

JASON HORTON LAW FIRM
114 West Broad Street
Texarkana, Texas 75501
*Mail To:*
P.O. Box 1596
Texarkana, Texas 75504
P-903.792.2000
F-903.792.2100
www.jasonhortonlaw.com

BY: _____

Jason Horton
jason@jasonhortonlaw.com
Texas Bar Number 24041130

ATTORNEY FOR APPELLANT

*State of Texas vs. James Austin Friend*
Notice of Appeal
Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 2ⁿᵈ day of June, 2015, served the foregoing by depositing a true and correct copy thereof in the U.S. Mail, postage prepaid addressed to the following persons at the addresses so indicated:

Mr. Jerry Rochelle
Bowie County District Attorney
601 Main Street
Texarkana, Texas  75501

Jason Horton

CCN _MN1_ _____ PID _____ DOB ᵅ/13/8ᵘ

CONFIDENTIAL

CHARGE(S) Murder  14PREF0439-102    FILED FOR RECORD

2014 MAY 19  AM 9:44

BILLY FOX
DISTRICT CLERK BOWIE CO. TX.

INDIGENCY SCREENING FORM

Name James A. Friend   Lou _____ DEPUTY

Address 2313 CR 3770 Queen City Tx 75572
(Street)        (City)      (State)    (Zip Code)

1. Place an "X" next to any of the following types of assistance you receive:

_____ Welfare                    _____ Poverty Related Veterans' Benefits

_____ Food Stamps                _____ Temporary Assistance for Needy Families

_____ SSI                        _____ Refugee Settlement Benefits

_____ Medicaid                   _____ Other-Please Describe _____

_____ General Assistance         _____

2. Do you work or have a job? ✓ yes _____ no. If yes, occupation: Self employed
   Employer's name & phone number Roy Sprayberry 903 650 3586

3. Do you have a spouse or partner who lives with you? _____ yes X no. If yes name:
   _____

   Occupation & Employer's name _____

4. Do you and/or your spouse/partner receive unemployment, Social Security, a pension, or workers compensation? _____ yes X no. If yes please specify _____.
   Amount $_____.

5. Please complete all that apply:

   Monthly income from work (after deductions)
   $_____
   Spouse or partner's monthly income from work (after deductions )
   $_____
   Contribution from any person living with you
   $_____
   Interest, dividends, or other earnings
   $_____
   Other income (Specify) _____

6. Do you and/or your spouse/partner have children residing with you? _____ yes X no.
   How many? _____

7. Including yourself, how many people in your household do you support? none

8. Do you own a home? _____ yes X no. If yes: Value _____
   Amount owed _____

9. Do you own a vehicle(s)? _____ yes  _X_ no. If yes, year(s) and model(s) of vehicle(s) _____
   Value of vehicle(s) _____ Amount owed on vehicle(s) _____

10. How much money do you have in checking/saving account(s)? _none_
    Stocks, bonds or other investments? _____

11. Other than routine living expenses such as rent, utilities, food, etc. do you have other expenses such as child support payments, court-ordered fines or medical bills, etc? If so describe:
    Work or Room & Board

12. Do you have money available to hire a private attorney? _____ yes  _X_ no

13. Do you want a court appointed attorney? _X_ yes _____ no.

ACKNOWLEDGMENT AND DECLARATION

UNDER PENALTY OF PERJURY I HEREBY CERTIFY THE FOREGOING AS BEING A COMPLETE AND ACCURATE STATEMENT OF MY CURRENT FINANCIAL CONDITION. I AUTHORIZE THE COURT, A DESIGNATED AGENCY OR THE PUBLIC DEFENDER'S OFFICE TO VERIFY THIS INFORMATION AND I AUTHORIZE ALL PERSONS LISTED ABOVE TO RELEASE MY FINANCIAL INFORMATION TO THE COURT, A DESIGNATED AGENCY OR THE PUBLIC DEFENDER'S OFFICE. I ALSO AGREE TO IMMEDIATELY REPORT ANY CHANGE IN MY FINANCIAL STATUS TO THE COURT.

_____   5/13/14
AFFIANT'S SIGNATURE                DATE

ON THIS _13_ DAY OF _May_, 20 _14_, PERSONALLY APPEARED BEFORE ME THE ABOVE NAMED AFFIANT AND UPON BEING SWORN, STATES OR AFFIRMS UNDER OATH THE INFORMATION CONTAINED IN THE DOCUMENT IS TRUE AND CORRECT.

_____
MAGISTRATE OR JUDGE


FOR COURTS USE ONLY-DETERMINATION OF INDIGENCY

__X__ Defendant Indigent-Bowie/Red River Public Defender Appointed

_____ Not eligible for a public defender

_____
MAGISTRATE OR JUDGE